```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARINO VILLALVA,

                                       Plaintiff,

        -against-

FU WING GADEN INC. and PETER YANG,

                                    Defendants.

------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-10187 (JMF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 7).  A telephone conference will be held on **Wednesday, January 6, 2021 at 10:00 a.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      **The Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.**

      SO ORDERED.

Dated: December 7, 2020
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge