**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/04/2021

# RAYMOND NARDO, P.C.
ATTORNEY AT LAW
129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email Raymondnardo@gmail.com

January 4, 2021

BY ECF

Hon. Kathleen H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street / Courtroom 17D
New York, NY 10007-1312

      Re:    *Villalva v. Fu Wing Garden, Inc. et. al.*
              20-CV-10187 (KHP)

Hon. Magistrate Judge Parker:

I represent the plaintiff in the above matter, which is scheduled for a Conference on Wednesday, January 6, 2021 at 10:00am.  Although Defendants have been served, their time to answer expires on January 12 (for the corporate Defendant) and January 19 (for the individual Defendant).  In all likelihood, Defendants will also request an extension of time to respond to the complaint.  To date, I have not received any notification from any counsel formally representing the Defendants.

Consequently, I am requesting that the Conference be adjourned until a suitable timeframe after February 19, 2021.

Thank you for your consideration.

Respectfully submitted,

RAYMOND NARDO, ESQ.

RN:rn

> **This case has been referred to me for settlement purposes (docket no. 7).  The telephone conference previously scheduled for Wednesday, January 6, 2021 at 10:00 a.m. in advance of a settlement conference has been rescheduled to <u>Tuesday, March 2, 2021 at 12:30 p.m.</u>  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  Please dial (866) 434-5269, Access code: 4858267.**
>
> SO ORDERED:
>
> /s/ Katharine H. Parker     01/04/2021
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE