UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MARINO VILLALVA,                                                        :
                                                                        :
                            Plaintiff,                                  :    20-CV-10187 (JMF) (KHP)
                                                                        :
            -v-                                                         :    ORDER
                                                                        :
FU WING GARDEN, INC., et al.,                                           :
                                                                        :
                            Defendants.                                 :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Although the Complaint names "Peter Wang" as a Defendant, ECF No. 4, Plaintiff's request for issuance of a summons instead names the Defendant as "Peter Yang," as does the summons that was issued, ECF Nos. 2, 5.[1]  On January 4, 2021, Plaintiff filed proof of service indicating that "Peter Wang" was served with a copy of the summons and Complaint on December 29, 2020.  ECF No. 10.  No later than **January 28, 2021**, Plaintiff shall either file an amended complaint or request issuance of a new summons to correct this discrepancy, as the case may be, or otherwise file a letter addressing the discrepancy.  To the extent it is necessary, the Court grants leave to amend the complaint to correct the Defendant's name.

        SO ORDERED.

Dated: January 21, 2021
       New York, New York
                                                    JESSE M. FURMAN
                                                    United States District Judge

---

[1]      The docket also lists the Defendant as "Peter Yang."