UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MARINO VILLALVA,                                                  :
:
                      Plaintiff,                              :
:     20-CV-10187 (JMF)
      -v-                                                         :
:     ORDER
FU WING GARDEN, INC., et al.,                                    :
:
                      Defendants.                             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Plaintiff's letter indicating that Defendant Peter Wang was previously incorrectly identified as "Peter Yang," ECF No. 15-1, the Clerk of Court is directed to update the docket to list "Peter Wang" as a defendant.

       SO ORDERED.

Dated: January 27, 2021
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge