```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

    MARINO VILLALVA,

                                    Plaintiff,        ORDER SCHEDULING
                                                      SETTLEMENT CONFERENCE
              -against-
                                                      20-CV-10187 (JMF)


    FU WING GADEN INC. and PETER YANG,

                                    Defendants.
----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Tuesday, May 11, 2021 at 3:00 p.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **May 4, 2021 by 5:00 p.m.**

SO ORDERED.

Dated: March 2, 2021
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2021